

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harrison L. Burton <br><br> **Plaintiff,** <br> V. <br> Sgt. Scharr, CDCR Correctional Sergeant; Correctional Officer Bermudez, CDCR Correctional Officer; Correctional Officer Bjork, CDCR Officer <br><br> **Defendant.** | Civil Action No.  17cv2012-BTM-JMA <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Plaintiff's Motions to Proceed IFP (ECF No. 2) and to Appoint Counsel pursuant to 28 U.S.C. § 1915(e)(1) (ECF No. 6) as barred by 28 U.S.C. § 1915(g); dismisses this civil action without prejudice based on Plaintiff's failure to pay the full statutory and administrative $400 civil filing fee required by 28 U.S.C. § 1914(a); certifies that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3); and directs the Clerk of Court to close the file.

Date:  11/28/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Niebla

M. Niebla, Deputy